UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-1266-MWF(MRWx)**                           Dated: **May 23, 2017**

Title:    Star Fabrics, Inc. -v- Jacob Supplies, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on April 20, 2017, as to Image, a Business Entity of Form Unknown [16], and on May 22, 2017, as to Lollicouture, a Business Entity of Form Unknown [24], the Court sets a hearing for Order To Show Cause Re Default Judgment on **June 26, 2017 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged*, and no appearance will be necessary.

IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk   cw
CIVIL - GEN

-1-